1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13CR0999-L |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER AND JUDGMENT GRANTING MOTION TO DISMISS |
| vs. | ) | |
| ISRAEL ALVAREZ-SUAREZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, upon the motion of the United States, and good cause appearing, that the Indictment in the above-entitled case against defendant ISRAEL ALVAREZ-SUAREZ be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: April 11, 2013

M. James Lorenz
United States District Court Judge